UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00111-RJC

| | | |
|---|---|---|
| **USA** | ) | |
| | ) | |
| | ) | <u>ORDER</u> |
| vs. | ) | |
| | ) | |
| **CATHY LEWIS COOK** | ) | |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of his supervised release, (Doc. No. 32), to which the government is not opposed.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant was sentenced to a two year term of supervised release which began on or about August 31, 2016. According to the motion, the defendant has paid her monetary penalties, completed required community service, obtained full-time employment, and has complied with conditions of release. Therefore, the Court finds good cause to terminate supervised release early.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 32), is **GRANTED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: May 16, 2018

*[signature: Robert J. Conrad, Jr.]*

Robert J. Conrad, Jr.
United States District Judge